FILED - GR
June 28, 2024 2:10 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JV /b-26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

STEVEN ODOM, #161794

    Plaintiff,

vs.

E. COE HILL, et al.

    Defendants.

Case No. 1:21-cv-403

Honorable Robert J. Jonker

Magistrate: Ray Kent

---

Steven A. Odom, #161794
Pro Se
Lakeland Correctional Facility
141 First Street
Coldwater, Michigan 49036

Eric T. Ramar (P77713)
CLaire Vergara (P77654)
Plunkett & Cooney
Attorneys for Defendants Margaret
Quellette, P.A., and E'Coe Hill,
N.P.
150 West Jefferson, Ste. 800
Detroit, Michigan 48226
(248) 939-7120
eramar@plunkettcooney.com

---

## PLAINTIFF'S STATEMENT OF DISPUTED FACTS

Defendant Hill has moved for summary judgment on the Plaintiff's claims concerning retaliation and medical deliberate indifference. Pursuant to Rule 56(c)(1)(A), Fed.R.Civ.P., the Plaintiff submits the following list of genuine issues of material fact that requires the denial of defendants' motion.

    1. Whether Defendant Hill was aware that Plaintiff sustained a burn to his arm on March 5, 2020, and refused to treat it or have it treated on March 9, 2020.

    2. Whether the chronic infection in the Plaintiff's right thumb was sufficiently serious and obvious.

1

3. Whether the Plaintiff's thumb was bleeding, emitting pus and not healing on May 17, 2020.

4. Whether the Plaintiff's thumb was evaluated on May 17, 2020.

5. Whether there was a medical need for the Plaintiff to be issued weekly band-aids.

6. Whether Defendant Hill "knew of and disregarded a risk" of future harm to the Plaintiff when she failed to renew his medical detail for band-aids.

7. Whether Defendant Hill retaliated against Plaintiff for threatening to file and for filing grievances.

8. Whether Defendant Hill deleted historical data out of the Plaintiff's medical files because of his grievances.

9. Whether Defendant Hill failed to renew Plaintiff's medical accommodations/medical details because of his grievances.

10. Whether the Plaintiff's protected conduct came before the adverse action.

11. Whether the Plaintiff has suffered ill affect as a result of Defendant Hill's actions.

Dated: June 24, 2024

Steven A. Odom
MDOC No. 161794
Plaintiff Pro Se
Lakeland Correctional Facility
141 First Street
Coldwater, Michigan 49036



the Court
tes District Court
l Building
an N.W.
pids, Mich. 49503

Steve Odom
MDOC No. 161794
Lakeland Correctional Facility
141 First Street
Coldwater, Michigan 49036

Clerk of t
United Sta
399 Federa
110 Michig
Grand Ra